FILED

MAY 23 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ MC _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Eric Jesse LINARES (1),<br>Richard Lee MOYA (2),<br><br>Defendants. | Case No. 19MJ9551<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about May 22, 2019, within the Southern District of California, defendants, Eric Jesse LINARES and Richard Lee MOYA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien,

Luis Angel SALTO-Penaloza,

had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the Statement of Facts, which is incorporated herein by reference.

_____
WENCESLAO PARTIDA
BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 23rd DAY OF MAY, 2019.

_____
HON. RUTH BERMUDEZ MONTENEGRO
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
   v.
Eric Jesse LINARES (1),
Richard Lee MOYA (2),

**STATEMENT OF FACTS**

This complaint is based upon statements in investigative reports by Border Patrol Agent (BPA) R. B. Tidd, that on May 22, 2019, Eric Jesse LINARES (LINARES) and Richard Lee MOYA (MOYA), both United States citizens, were arrested near Westmorland, California while smuggling an undocumented aliens in a vehicles trunk in violation of Title 8, United States Code, Section 1324.

On May 22, 2019, BPA R. B. Tidd was assigned to the Highway 86 Border Patrol Checkpoint near Westmorland, California. At approximately 7:45 p.m., a black Hyundai Sonata approached his location at primary inspection. BPA Tidd identified himself as a BPA to the driver, later identified as LINARES, and questioned him as to his citizenship. LINARES stated he was a United States citizen. BPA Tidd asked LINARES if he had any identification on his person to which LINARES stated he did not.

BPA Tidd requested LINARES to roll down the rear window so he could speak with the male sitting in the rear seat of the vehicle. While BPA Tidd questioned the other passengers in the vehicle, BPA Castillo and his K-9 partner performed a non-intrusive K-9 sniff of the vehicle. During the sniff, BPA Castillo's K-9 gave a positive alert to the vehicle. BPA Castillo informed BPA Tidd that his K-9 had given a positive alert to the vehicle.

3

In secondary inspection, BPA Castillo advised LINARES that he needed to verify the reason his K-9 alerted to the vehicle. BPA Castillo asked LINARES for consent to search the vehicle. LINARES gave consent for a search of the vehicle. BPA Castillo instructed LINARES and the two other occupants to sit in the secondary inspection waiting area. While the vehicle was being searched, BPA Tidd asked all three of the subjects if anyone was hiding in the trunk to which LINARES stated, "I don't think so."

BPA Castillo and his K-9 began a search of the vehicle. During the search, the K-9 alerted to the left corner of the trunk lid. As BPA Castillo attempted to open the trunk in order to search the inside of it, LINARES yelled out, "The trunk does not work, it doesn't open." BPA Castillo attempted to get into the trunk by lowering the rear seat, which was unsuccessful. BPA Castillo located the trunk release button on the dash, pressed it, and heard the trunk release while watching it pop up.

When BPA Castillo looked inside the trunk, he observed one individual attempting to conceal himself within, identified as, Luis Angel SALTO-Penaloza (SALTO). BPA Castillo identified himself as a BPA and questioned SALTO in regards to his citizenship. SALTO stated he was a Mexican citizen. BPA Castillo asked SALTO if he had immigration documents to be in the United States legally and SALTO stated he did not.

LINARES and MOYA were placed under arrest for alien smuggling and SALTO was placed under arrest for being in the country illegally.

LINARES was read his Miranda Rights. LINARES stated he understood his rights and was willing to answer questions without the presence of a lawyer. LINARES stated that he received a call from his friend "Nate" around 7:30 a.m. on Wednesday, May 22, 2019. LINARES stated that "Nate" asked him if he would pick up his friend's cousin. LINARES stated that a male subject, known as "Plig," called him. LINARES stated that "Plig" told him to drive to the Jack in the Box in El Cajon, California. LINARES stated that his nephew, Richard Lee MOYA, came with him for the ride.

LINARES stated that they left San Bernardino, California around 9:25 a.m. LINARES stated that they arrived at the Jack in the Box and waited for a long period of time. LINARES stated that "Plig" called him after waiting for so long. LINARES stated that he told "Plig" that the individual he was going to pick up was not there, and that he was ready to leave.

LINARES stated that "Plig" told him to drive toward El Centro, two exits past the Golden Acorn Casino. LINARES stated that he was unable to locate the individual. LINARES stated he made several loops on the highway until he saw the male individual walking along the highway. LINARES stated he stopped the vehicle, and had the subject get into the vehicle.

LINARES stated the subject, later identified as SALTO, got into the back seat. LINARES stated they then began to travel east on Interstate 8, towards El Centro. LINARES proceeded to tell a story about when they were in the vehicle line at the Highway 86 checkpoint. LINARES stated that since he didn't understand Spanish, SALTO

5

motioned to him that he needed something in the trunk. LINARES stated that SALTO got out of the vehicle and walked towards the trunk. LINARES stated he opened the trunk for SALTO. LINARES stated that he was distracted because he was lighting a marijuana joint when he heard the trunk close. LINARES stated that he then did not see SALTO anywhere. LINARES stated that he then continued toward the checkpoint.

Once at the checkpoint, LINARES stated that he gave BPAs consent to search his vehicle and to his surprise, SALTO was in his trunk. After reminding LINARES that he was under oath and that the story that he was giving was unlikely to be true, LINARES decided to modify his story.

LINARES then stated that after picking up SALTO, they stopped at a Shell gas station in El Centro. LINARES stated that after pumping gas, they drove a short distance from the gas station and pulled over because LINARES stated that SALTO had been talking on the phone with someone. LINARES claims he believed that the person told SALTO to get into the trunk because when the vehicle stopped, SALTO got out of the vehicle and wanted to get into the trunk. LINARES stated that he was going to be paid $300 to $400 United States Dollars (USD) to transport SALTO to a house in Fontana.

MOYA was read his Miranda Rights. MOYA stated he understood his rights and was willing to answer questions without the presence of a lawyer. MOYA stated that on May 22, 2019, his uncle LINARES, asked him if he wanted to make a thousand dollars to go pick up some people near the border. MOYA stated him and his uncle drove towards San Diego, California and eventually picked up SALTO on the side of the highway.

6

MOYA stated that SALTO sat next to him in the rear seat. MOYA stated he drove to a Shell gas station to gas up, use the restroom, and buy some water. MOYA stated they left the gas station and veered off to an unpopulated street at this time. MOYA stated that his uncle LINARES told SALTO to get into the trunk of the car. MOYA stated that his uncle, LINARES, told him that they would take the alien to an unknown location in Fontana, California.

Material Witness SALTO stated he was going to pay $7,500 USD to be smuggled into the United States.

The complainant states the name of the Material Witnesses are as follows:

| **NAME** | **PLACE OF BIRTH** |
| --- | --- |
| Luis Angel SALTO-Penaloza | MEXICO |

Further, complainant states that the Material Witness is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.