**FILED**
Jun 20 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ erikaf  DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIC JESSE LINARES (1),<br>RICHARD LEE MOYA (2),<br><br>　　　　　Defendant. | Case No.: '19 CR2302 BAS<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i) – Transportation of Certain Aliens for Financial Gain and Aiding and Abetting |

The United States Attorney charges:

Count 1

On or about May 22, 2019, within the Southern District of California, defendants ERIC JESSE LINARES and RICHARD LEE MOYA, knowing and in reckless disregard of the fact that an alien, namely, Luis Angel Salto-Penaloza, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien, within the United States, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

DATED: 6/20/19　　　　.

　　　　　　　　　　　　　　ROBERT S. BREWER, JR.
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　KEVIN L. SPENCER
　　　　　　　　　　　　　　Special Assistant U.S. Attorney

KLS:da:6/5/2019